UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

           Plaintiff,

-against-

Karen O'Connor

           Defendant.

7:19-MJ-10416(MRG)

JUDGMENT

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on October 22, 2020 accepted the defendant's plea of guilty to violating NY Penal Law Section 245.1 Criminal Nuisance in the Second Degree, in full satisfaction of all charges filed in the Misdemeanor Complaint on November 6, 2019, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $250.00, and a surcharge of $10.00 for a total of $260.00; to be paid by November 19, 2020 or appear before this Court on November 20, 2020 at 9:00 am., to show cause why the fine was not paid.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: Sept 7, 2022
Poughkeepsie, N.Y.